[No. 43532-2-II.  Division Two.  April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD WAYNE COREY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00410-2, Robert A. Lewis, J., entered June 4, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Lee, JJ. Now published at 181 Wn. App. 272.

[No. 43741-4-II.  Division Two.  April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00440-0, Lisa L. Sutton, J., entered July 25, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Lee, JJ.

[No. 44087-3-II.  Division Two.  April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAINA S. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 11-1-00123-5, Michael J. Sullivan, J., entered October 5, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen and Lee, JJ.

[No. 44645-6-II.  Division Two.  April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO BUSTOS-OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00801-6, Michael H. Evans, J., entered March 7, 2013. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Maxa, JJ.